IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 2 2019

CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES OF AMERICA

v.                                         No. 4:19-MJ-146

MICHAEL SEWELL (01)

## WARRANT FOR ARREST

SEALED UNTIL EXECUTED

TO:    The United States Marshal and
       Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **MICHAEL SEWELL,** and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with providing, attempting to provide, and conspiring to provide material support or resources to a designated Foreign Terrorist Organization (FTO), in violation of 18 U.S.C. § 2339B.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the ___7th___ day of February, 2019.

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___6:35 Am___.

| DATE RECEIVED: 2/7/19 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 2/8/19 | Kevin Combs, Special Agent FBI | [signature] |