ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 1 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No.  4-19CR-137-O |
| MICHAEL KYLE SEWELL (01) | |

INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to Provide Material Support
to a Designated Foreign Terrorist Organization
(Violation of 18 U.S.C. § 2339B)

Between in or about November 2018 and the present, in the Northern District of Texas and elsewhere, defendant **MICHAEL KYLE SEWELL**, a United States citizen, conspired with another individual to knowingly provide material support, to wit, personnel and services, to a foreign terrorist organization ("FTO"), that is, Lashkar-e-Tayyiba (LeT), an FTO that was so designated by the Secretary of State at all relevant times herein. Sewell did so knowing that LeT was a designated foreign terrorist organization and that LeT had engaged in and was engaging in terrorist activity.

Information - Page 1

All done in violation of 18 U.S.C. § 2339B.

                                            ERIN NEALY COX
                                            UNITED STATES ATTORNEY

                                            /s/ *signature*
                                            JAY WEIMER
                                            Assistant United States Attorney
                                            Texas State Bar No. 24013727
                                            801 Cherry Street, Suite 1700
                                            Fort Worth, Texas  76102
                                            Telephone:  817-252-5200
                                            Facsimile:  817-252-5455