**RECEIVED**
**By TamaraEllis at 3:17 pm, Jul 09, 2020**

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 09, 2020

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

         No. 19-11044    USA v. Michael Sewell
                  USDC No. 4:19-CR-137-1 -O

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Melissa V. Mattingly, Deputy Clerk
                  504-310-7719

cc w/encl:
     Ms. Brook Antonio
     Mr. Taylor Wills Edwards Brown
     Ms. Emily Baker Falconer
     Ms. Leigha Amy Simonton